

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00125-CR

ROBERT CLEVON JEFFERY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Delta County, Texas
Trial Court No. 7816

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

A Delta County jury convicted Robert Clevon Jeffery of aggravated assault and assessed a sentence of fifteen years' imprisonment. *See* TEX. PENAL CODE ANN. § 22.02 (Supp.). Jeffery appeals.[1]

Jeffery's attorney filed a brief stating that he reviewed the record and found no genuinely arguable issues that could be raised on appeal. The brief sets out the procedural history of the case and summarizes the evidence elicited during the course of the trial court proceedings. Counsel's professional evaluation of the record demonstrating why there are no arguable grounds to be advanced meets the requirements of *Anders v. California*. *Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 509–10 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978). Counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal.

On January 23, 2023, counsel mailed Jeffery copies of the brief and the motion to withdraw and a pro se motion for access to the appellate record lacking only Jeffery's signature. Counsel informed Jeffery of his rights to review the record and file a pro se response. By letter dated January 24, this Court informed Jeffery that his signed pro se motion for access to the appellate record was due on or before February 14. On February 21, we informed Jeffery that any pro se response was due on or before March 23, and on April 3, we further informed Jeffery

---

[1]In companion case number 06-22-00124-CR, Jeffery also appeals his conviction of murder.

that the case would be set for submission on the briefs on April 24. Jeffery filed neither a pro se response nor a motion requesting an extension of time in which to file such a response.

We have determined that this appeal is wholly frivolous. We have independently reviewed the entire appellate record and, like counsel, have determined that no arguable issue supports an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). In the *Anders* context, once we determine that the appeal is without merit, we must affirm the trial court's judgment. *Id.*

We affirm the judgment of the trial court.[2]


Charles van Cleef
Justice

Date Submitted:     April 24, 2023
Date Decided:     April 25, 2023

Do Not Publish

---

[2]Since we agree that this case presents no reversible error, we also, in accordance with *Anders*, grant counsel's request to withdraw from further representation of appellant in this case. *See Anders*, 386 U.S. at 744. No substitute counsel will be appointed. Should appellant desire to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review (1) must be filed within thirty days from either the date of this opinion or the date on which the last timely motion for rehearing was overruled by this Court, *see* TEX. R. APP. P. 68.2, (2) must be filed with the clerk of the Texas Court of Criminal Appeals, *see* TEX. R. APP. P. 68.3, and (3) should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 68.4.